UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

No. 4:10-mj-01047-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | <u>ORDER</u> |
| | ) | |
| ANGELA R. SERVIN | ) | |

The Government's motion is hereby granted. The case is dismissed.

SO ORDERED. This the <u>1st</u> day of <u>November,</u> 2010.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
Chief U.S. District Court Judge